# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BIKASH GURUNG,<br>*Petitioner*<br><br>v.<br><br>PAM BONDI, UNITED STATES ATTORNEY GENERAL; REYNALDO CASTRO, WARDEN, SOUTH TEXAS ICE PROCESSING CENTER; ACTING FIELD DIR. SYLVESTER M ORTEGA, FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL, ICE SAN ANTONIO FIELD OFFICE; TODD M. LYONS, ACTING DIRECTOR OF ICE; AND KRISTI NOEM, SECRETARY, DEPARTMENT OF HOMELAND SECURITY;<br>*Respondents* | § § § § § § § § § § § § § § § § § § § | Case No.  SA-25-CA-01739-XR |

## CONSOLIDATION AND ORDER FOR SERVICE

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order filed by Petitioner Bikash Gurung (A212-179-775), a noncitizen detained at the South Texas ICE Processing Center in Pearsall, Texas.

Petitioner has another habeas petition, filed *pro se*, pending before this Court. *See Gurung v. Warden, South Texas ICE Processing Center et al.*, No. SA-25-CV-1614-XR (W.D. Tex.) (the "1614 Case"). Because these actions "involve a common question of law or fact," the Court will exercise its discretion to consolidate the actions under the 1614 Case, which was first filed. Fed. R. Civ. P. 42(a); *Gentry v. Smith*, 487 F.2d 571, 581 (5th Cir. 1973).

The Court hereby **ORDERS** that this action be **CONSOLIDATED** under the lead case, No. SA-25-CV-1614-XR.

It is **FURTHER ORDERED** that the Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), the Motion for Temporary Restraining Order (ECF No. 2), and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on the Federal Respondents. *See* FED. R. CIV. P. 4(i).

> Stephanie Rico, Civil Process Clerk
> U.S. Attorney's Office, Western District of Texas
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden, Warden, South Texas ICE Processing Center, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), the Motion for Temporary Restraining Order (ECF No. 2), and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process.

> Warden, South Texas ICE Processing Center
> 566 Veterans Dr
> Pearsall, TX 78061

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service. **Because the Federal Respondents have already filed a response in the 1614 Action, they may, in lieu of filing a full response, rest on or supplement their response in the 1614 Action.**

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 17th day of December, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE